■ In the Matter of JOSEPH SILVER, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent, and DAVID FALK et al., Doing Business as 575 HOLDING CORP., Intervenors-Respondents.— In a proceeding under article 78 of the Civil Practice Act, to review and annul a determination of the State Rent Administrator granting the application of the landlords (intervenors-respondents) for a rent increase, the petitioner (a tenant) appeals from an order of the Supreme Court, Queens County, made and entered September 29, 1961, which denied his petition and dismissed the proceeding. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ BENEDICT ITRI, Plaintiff, v. MORRIS GROTSKY, Defendant and Third-Party Plaintiff-Respondent. VIKING BUICK INC., et al., Third-Party Defendants-Appellants.— In an action to recover damages for personal injuries sustained by plaintiff, an employee of Viking Buick, Inc., as a result of the alleged negligent maintenance and operation of a motor vehicle owned by defendant Grotsky and operated by Joseph Ammutai, in which the defendant Grotsky pleaded an affirmative defense that the Workmen's Compensation Law barred the action, and in which said defendant also served a third-party complaint demanding judgment over against Ammutai and Viking Buick Inc., his employer, the said third-party defendants (Ammutai and Viking) appeal from an order of the Supreme Court, Queens County, dated January 6, 1961, which denied their motions, pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice and section 193-a of the Civil Practice Act, to dismiss the third-party complaint on the ground that it does not state facts sufficient to constitute a cause of action. Order affirmed, with $10 costs and disbursements (cf. *Frady* v. *Weiss & Sons,* 6 A D 2d 241; *Mitchell* v. *A. A. Truck Renting Corp.,* 9 A D 2d 682). Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ MICHAEL LUKANIK, an Infant, by His Guardian ad Litem, IRMA LUKANIK et al., Appellants, v. MARY L. ATKINSON, Respondent.— In a negligence action by the infant plaintiff to recover damages for personal injuries, and by his mother to recover damages for medical expenses and loss of services, plaintiffs appeal from a judgment of the City Court of Mount Vernon, dated October 20, 1960 and entered October 25, 1960 after trial upon a jury's verdict, dismissing the complaint on the merits. Judgment affirmed, without costs. No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.